05cv4185 

:TITLE~4 :SECTION,~2,~3 :COPYCLAIM~2005

~05~AUGUST~2005.
IN THE UNITED STATES DISTRICT COURT /UNITED-STATES-MARKET IN
THIS CITY OF PHILADELPHIA IN THIS TERRITORY OF THE PENNSYLVANIA.

FOR THIS <u>CLASS-ACTION-CLAIM</u> OF THIS WRIT OF THE HABEAS-CORPUS :TITLE~42: U.S.C.
SECTION~1986: KNOWLEDGE OF THE OATH WITH THIS CLAIM IS WITH THE TRUTH.

FOR THIS BILL OF THE LADING IS WITH THE TRIAL BY THE JURY.

:<u>David-Wynn: Miller, WITNESSING-JUDGE</u>.

:CLAIMANT: <u>Kevin-Gregory: Hand</u>.

:CLAIMANT: <u>Milton-Nathaniel: Hand</u>.

:CLAIMANT: <u>Teresa-Jean: Bost</u>.

:CLAIMANT: <u>Anthony-Lee-Wilson: Bey</u>.

**FILED**
AUG - 5 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

:VERSUS:

:ESQUIRE :<u>John-Wesley: Person-Jr</u>, :ATTORNEY REGISTRATION NUMBER: 52251
:PA SUPREME COURT OFFICE OF THE PROTHONOTARY.
:VASSALEES;

:ESQUIRE :<u>Elizabeth-Surgent: Minotte</u>, :ATTORNEY REGISTRATION NUMBER: 34316
:PA SUPREME COURT.
:VASSALEES;

:PRESIDENT :<u>Terrence-J Mc Cabe</u>, :ATTORNEY REGISTRATION NUMBER: 16496
:MCCABE, WEISBERG AND CONWAY, P.C.
:VASSALEES;

:ESQUIRE: <u>Andrew-L.: Markowitz</u>, :ATTORNEY REGISTRATION NUMBER: 28009
:MCCABE, WEISBERG AND CONWAY, P.C.
:VASSALEES;

---

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE <u>David-Wynn: Miller</u>, :<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.

:PRESIDENT :Thomas-W.: Jennings, :ATTORNEY REGISTRATION NUMBER: 9890.
:JENNINGS SIGMOND, P.C.
:VASSALEE;

:ESQUIRE :Eric-B.: Meyer, :ATTORNEY REGISTRATION NUMBER: 87969.
:JENNINGS SIGMOND, P.C.
:VASSALEES;

:ESQUIRE :Sanford-G.: Rosenthal, :ATTORNEY REGISTRATION NUMBER: 38991.
:JENNINGS SIGMOND, P.C.
:VASSALEES;

:CORPORATION-CASE NUMBER~R.R.~763~502~643: U.S.
**FOR THIS COMPLAINT IN THIS UNITED STATES DISTRICT COURT MARKET.**

FOR THESE SUMMARY-CLOSURES OF THESE COMMUNICATIONS AND LANGUAGE-METHODS **ARE** WITH THESE CHARTER-VESSEL-CONTRACTS WITH THIS OPEN-MARKET [COURT] :DATE~16~JULY~2005 WITH THIS VACATE OF THESE **FICTION-COMMUNICATIONS**, ACTORS AND TERRITORY.

:**TERM:**
:**[SIC]** = FOR THIS COPY OF THIS ORIGINAL-TEXT **IS** FOR THIS CLAIM OF THE COMMUNICATION WITH THIS *OPINION/PRESUMPTION/ASSUMPTION/APARTHEID/ILLUSION*/MYSTIC /PHANTOM/ SPEC/ FICTION/ MODIFICATION.
:***ARTICLE*** = **AILING**. FOR THE VOWEL WITH THE TWO-CONSONANTS-FOLLOWING = NO-CONTRACT. FOR THE CORRECTION OF THE ARTICLE-POSITION-METHOD-LOCATION **IS** WITH THE CLAIM OF THE WORD:
"LODIO".
:**LODIO** :SPECIFIC = **A, AN, THE, THIS, THESE, OUR.**
:**AILING** = :CORRUPTION OF THE ORIGINAL-TITLE, VOID-OWNER.
:**KNOWN** = FACT (LINE OVER THE OW=COMPOND-VOWEL = ORIGINAL-LODIOJURISDICTION), LODIO-ORIGIN-OWNER.
NOUN = NO-NO, *ARTICLE* = VOWEL WITH 2 CONSONANTS = NO-CONTRACT = AILING.
:**PREPOSITION** = PRE = NO-NOWN-TIME-JURISDICTION OF THE **POSITION**.
:**POSITION** = FOR THESE TERMS OF THE FACTS **ARE** WITH THESE CLAIMS OF THESE VOTING-COMPLIANCES-**LOCATION-METHOD OF THIS RULE OF THE COMMUNICATIONS (A"B,C,D,E,-ETC, OF THE SPELLING)**.
:**POSITION-LODIO-FACT** = FOR THIS METHOD-CREATION OF THE EACH-KNOWN-WORD **IS** WITH THIS CLAIM OF THE ONE-VERB-THIN~ING WITH THE EACH-SENTENCE BY THIS AUTHOR.
:**SENTENCE = FOR THE CAUSE OF THE KNOWLEDGE IS/ARE=THINKING-VERB WITH THE POSSESSION BY THE AUTHORTIY.**
:C.C = FOR THIS **CIVIL CLAIM.**
:**U.S.C.S.** = FOR THIS **UNITY-STATES-CLAIMS-SECTION**= :CORRECTION OF THE TITLES OF THE UNITED-STATES-CODES OF THE FICTION-FORMAT.
:**COURT** = WITH THE VOID, CLOSED-AREA.
:**C.US.W.C.** = CONSTITUTION OF THE UNITY-STATES WITH THE WORLD CORPORATION.
:**C.U.S.C.** = WITH THIS CONSTITUTION OF THESE UNITY-STATES-CLAIM.
:**C.L.M. = WITH THIS COMMUNICATION AND LANGUAGE-METHOD.**

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

:**CHARTER-VESSEL** = WITH THIS THINKING BY THIS VOLITION WITH THIS KNOWLEDGE **IS** WITH THIS CLAIM OF THIS CONTRACT WITH THESE PARTY'S-LIFEBIRTH/ CITIZEN'S-LIFEBIRTH/ PERSON/CHARRTER-VESSEL-CORPORATION WITHIN THIS CORPORATION-CASE-CLAIM.
:**DI-STRICT-MARKET-[COURT]** OF THESE UNITY-STATES OF OUR WORLD CORPORATION =    :ORIGINAL-AUTHORITY    :AUTHORITY -JURISDICTIONAL MARKET- [COURT] IN THE TI.L.C.M.. FOR THIS TREATY-CLAIM IS WITH THE CONTRACT WITH THE UNITED-NATIONS-SECURITY-COUNCIL OF THE NEW-YORK (AUG-1999) AND WORLD-CORPORATION-MARKET- [COURT] @ HAGUE.
:**FICTION** = FOR THIS COMMUNICATION WITH THIS SPECT/MODIFICATION/OPINION/PRESUMPTION/ASSUMPTION/ILLUSION/MISTIC/ GUESS/LIE/PERJURY/AND PHANTUM.
:**F.C.L.F.** = FOR THIS **FICTION-COMMUNICATION AND LANGUAGE-FORMAT.**
:**F.R.C.P.** = **FEDERAL RULE OF CIVIL PROCEDURES. = FICTION-FORMAT.**
:**T.L.C.M.** = :**TRUTH-COMMUNICATIONS** &~D **LANGUAGE-METHOD.**
:**MARKET** = FOR AN **OPEN-AREA** OF THE COMMERCE, CONTRACT AND COMMUNICATIONS BY THE PUBLIC.
:**U.S.** = FOR THESE UNITY-STATES.
:**UNITY-STATES** = WITH THIS CORPORATION OF THESE PARTIES WITH THIS CONTRACT-DUTY.
:**STATE** = FOR THIS PARTY OF THIS CONTRACT **IS** WITHIN THE TERRITORY OF THE MARKET-[COURT]. :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT, :FOR THESE PEOPLE OF THIS CONSTITUTION WITH THESE **UNITY-STATES OF OUR WORLD-CORPORATION.**
:**VASSALEE** = WITH THIS **SERVANT-EMPLOYEE IS** WITH THIS FIDUCIARY-CLAIM BY THIS CONTRACT.
:**VESSEL** = WITH THIS MARITIME-CONTRACT-DUTY OF THE PERSON, PAPER, BUILDING IN THE DRY-DOCK, PARTY.
:**VOLITION** = :THINKING + :KNOWLEDGE = WILLFUL :CLAIM WITH THIS LIFE.
:**USERY** = FOR THIS UNITY-JOIN OF AN ACT **IS** WITH THIS COMPLIANCE OF AN ACTION OR CORPORATION BETWEEN THESE TWO-OR-MORE-PARTIES.
:**INK** = IN=NO, K=KNOWLEDGE, FOR THE FICTIONAL-MODIFICATION-COMMUNICATIONS-INK ON THE PAPER **IS** WITH THE CLAIM OF THE COMMUNICATIONS-VOID.
:**AIN** = FICTION = ATTORENEY REGISTER NUMBER.

**FOR THESE CONSTITUTIONAL-CONTRACT-DUTIES ARE WITH THIS KNOWLEDGE OF THIS CHARTER-VESSEL-CORRECTION WITH THIS CHIEF-JUDGE OF THESE UNITY-STATES OF OUR WORLD-CORPORATION:**
FOR THESE FACTS OF THIS TREATY **ARE** WITH THESE CLAIMS OF THESE CONSTITUTIONAL-CONTRACT-DUTIES WITH THESE AUTHORIZATIONS OF THIS SEA-PASS/SEE-TREATY/HEAR-TREATY/POSTMASTER-GENERAL-TREATY/HARBOR/STATION/LOCATION/PORT/PORT-HOLE-CLEARANCE AND PORT-HOLE-SEA-PASS/ HAVEN OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.
:**CONTRACT-DUTY-1:** FOR THESE TRUTH-CLAIMS OF THIS PARTY'S KNOWLEDGE **ARE** WITH THESE LANGUAGE AND COMMUNICATION-CLAIMS OF THESE POSITION-LODIO-FACT [prepositional-phrase]-CONTRACT-DUTIES AND VERB-THINKING WITH THIS ~~CONVEYANCE OF THIS~~ **T.L.C.M.-TREATY.**
:**CONTRACT-DUTY~2:** FOR THE POSTAGE-DUE ON THESE VESSEL-PAPERS **ARE** WITH THESE CLAIMS OF THESE TRUTH-COMMUNICATIONS-METHODS WITH THESE KNOWN-FACTS AS THESE KNOWN/FACTS WITH THIS CONTINUANCE OF THESE FACT/EVIDENCES WITH THIS CONVEYANCE OF THIS **T.L.C.M.-TREATY.**

:**CONTRACT-DUTY~3:** FOR THESE COMMUNICATION-METHODS **ARE** WITH THESE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, AND GRIEVANCES WITH THIS **TRUTH-LANGUAGE-CLAIM OF THIS CONSTITUTION-TREATY.**
:**CONTRACT-DUTY~4:** FOR THESE **T.L.C.M.**-CLAIMANTS OF THIS CONTRACT **ARE** WITH THIS CLAIM OF THIS PORT-HOLE-CLEARANCE AND PORT-HOLE-SEA-PASS OF THIS QUANTUM-MATH-COMMUNICATION AND LANGUAGE-TRUTH WITH THIS VOLITION OF THIS WRITING WITH THIS FORWARD AND BACKWARD-UNITY-VALUE, TERMS, CLOSURE, COVERY, CONVEYANCE AND SENTENCE-CONTENT OF THIS SINGLE-THOUGHT WITH THIS VOLITION-NOW TIME OF THIS **T.L.C.M.-TRATY.**
:**CONTRACT-DUTY~5:** FOR THE PARTY'S-FREEDOM OF THIS **T.L.C.M. ARE** WITH THIS CLOSUREE AND COVEYANCE OF THIS **T.L.C.M.**-TREATY.
:**CONTRACT-DUTY-6:** FOR THE **T.L.C.M.-CAPTURE-WARRANT** OR **T.L.C.M.SEARCH-WARRANT** ARE WITH THESE CLAIMS OF A JUDGE WITH AN AUTOGRAPH BY THIS **T.L.C.M.-OATH** WITH THIS CONTRACT OF THIS **T.L.C.M.-TREATY.**
:**CONTRACT-DUTY-7:** FOR THE WITNESSING AND TESTIMONY OF THE ONE-SELF-SAFEGUARD **IS** WITH THESE CLAIMS OF THIS **T.L.C.M.-TREATY.**
:**CONTRACT-DUTY-8:** FOR THE WITNESS'S-TESTEMONIAL-KNOWLEDGE OF THESE WITNESSES, COUNSELS, JUDGEMENTS, EVIDENCE AND FACTS **ARE** WITH THESE CLAIMS BY THIS **T.L.C.M.-TREATY.**
:**CONTRACT-DUTY-9:** FOR THESE DUTIES OF THIS PORT-MARKET-[COURT) TRIAL **ARE** WITH THESE CLAIMS OF THIS LOCATION WITH THIS 12-PARTY JURY OR MARITIME-COMMISSION WITH THIS COMPLIANCE OF THIS **T.L.C.M.-TREATY.**
:**CONTRACT-DUTY~10:** FOR THESE TERMS OF THIS CHARTER-VESSEL-PUNISHMENT **ARE** WITH THESE CLAIMS OF THESE TERMS AND CONDITIONS WITH THE PARTIES/PERSONS, CORPORATIONS OR TRUSTS OF THE BAIL AND LIBERTY WITH THIS **CHARTER-VESSEL-CONTRACT OF THE T.L.C.M.**-TREATY.
:**CONTRACT-DUTY~11:** FOR THESE FIDUCIARY-JOB-POSITIONS OF THIS CHARTER-VESSEL-CONTRACT **ARE** WITH THESE CLAIMS OF THESE DUTIES WITH A **T.L.C.M.-OATH** WITH THIS CORPORATION BETWEEN TWO-OR-MORE VESSELS.
:**CONTRACT-DUTY-12:** FOR THESE PARTIES OF THIS VESSEL-CONTRACT **ARE** WITH THESE CLAIMS OF THESE CHARTER-VESSEL-STATES-HEREIN WITH THESE CLOSURES OF THE VOLITIONS WITH THESE CONVEYANCES OF THESE WITNESSES, LIFES, CLAIMANTS, CONTRACTS, CONSTITUTIONS, TREATIES, AND SAFEGUARD, WITH OUR **CORPORATION-T.L.C.M.-TREATY.**
:**CONTRACT-DUTY~13:** FOR THIS **T.L.C.M.** OF THIS CHARTER **IS** WITH THESE CLAIMS OF THIS LIFE WITH THIS KNOWLEDGE OF THESE CLAIMANTS WITH THIS GLOBAL-POSTAL-UNION-TREATY OF THIS CORPORATION-TREATY.
:**CONTRACT-DUTY-14:** FOR THE WORDS-STARTING-**VOWELS: A,E,I,O,U**, WITH THIS FOLLOWING BY THE TWO-CONSONANTS = "NO-CONTRACT" **ARE** WITH THE VOID IN THIS CHARTER-VESSEL-CONTRACT; AND FOR THE PREFIXES OR SUFIXES **ARE** WITH THE VOID BY THE FUTURE-TIME-TENSE OR PAST-TIME-TENSE WITH THIS CHARTER-VESSEL-CONTRACT-TERMS AND TIME; FOR THE FACTS ARE IN THE NOW-TIME.

~1. FOR THIS WITNESSING-JUDGE OF THIS DI-STRICT-MARKET OF THESE UNITY-STATES OF OUR WORLD-CORPORATION **IS** WITH THIS CLAIM OF THIS LIFEBIRTH AND WITH AN OATH IN THIS **T.L.C.M.** WITH THESE **T.L.C.M.**-CORRECTIONS OF THESE FICTIONAL-MODIFICATION-COMMUNICATION-METHOD-LAWS **ARE** WITH THIS OVERSEEING-WITNESSING OF THIS CORRECTION WITH THESE SECURITIES OF THIS UNITED STATES DISTRICT COURT **MARKET** WITH THIS **T.L.C.M.**-DUTY WITH THESE CORRECTIONS OF THESE MODIFYING-T.L.C.M.-WRONGS WITH THESE FACTS EVIDENCE-CORRECTION-USE: WORDS WITH THE NUMBER-CORRECTION-TERMS OF THE USE-METHODS IN THIS CORPORATION-CASE WITH THIS FIRSTHAND-KNOWLEDGE OF THESE FACTS.

:AUTOGRAPH:＿＿＿＿/S/＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/:David-Wynn: Miller.
:WITNESSING-JUDGE.

~2. FOR THIS CLAIM OF THIS LIFEBIRTH AND T.L.C.M.-OATH OF THESE UNITY-STATES OF OUR WORLD-CORPORATION-JUDGE **IS** WITH THIS :TITLE~28: U.S.C.S.~1331 WITH THIS :TITLE~28: U.S.C.S.~1343 WITH THIS FILING OF THESE CLAIMANT-WITNESSES WITH THESE T.L.C.M.-CLAIMS BY THIS WITNESSING-JUDGE'S-AUTOGRAPH:＿＿＿＿/s/＿＿＿＿ .
~3. FOR THIS WITNESSING-JUDGE'S KNOWLEDGE OF THESE TRUTH-COMMUNICATIONS **ARE** WITH THESE CLAIMS OF THIS T.L.C.M. WITH THIS PEACEFUL-VOLITION OF THESE SUMMARY-CORRECTIONS WITH THIS :TITLE~42: U.S.C.S.-1986: FOR THESE CORRECTIONS OF THESE T.L.C.M.-CERTIFICATION-WRONGS WITH THESE AUTOGRAPHS ON THESE PAPER-VESSELS BY THESE VASSALEES.
~4. FOR THIS DUTY OF THESE **T.L.C.M.**-CORRECTIONS **IS** WITH THIS CERTIFICATION OF THESE COPYRIGHT/COPYCLAIM-MATHEMATICAL-TRANSLATIONS BY THIS WITNESSING-JUDGE.
~5. FOR THIS WITNESSING-JUDGE'S-KNOWLEDGE AND PEACEFUL-VOLITION **ARE** WITH THIS CLAIM OF THIS CONTRACT-DUTY WITH THIS **TITLE~28: U.S.C.S.~636**: WITH THESE CORRECTIONS BY THESE CLAIMANT-HEREIN AND WITNESSING-JUDGE WITH THESE EVIDENCE-FACTS AND WRONGS BY THESE CORRECTIONS IN THE **T.L.C.M.** BY THIS **TITLE~42: U.S.C.S. ~1986** WITHIN THIS CORPORATION-CASE-NUMBER BY THIS GLOBAL-POSTAL-UNION-DRY-DOCK-TREATY WITH THIS REGISTRATION-MAIL-NUMBER: R.R.~763~502~643: U.S. WITH THESE UNITY-STATES OF OUR WORLD-CORPORATION BY THIS WITNESSING-JUDGE AND POSTMASTER.
~6. FOR THIS WITNESSING-JUDGE OF THIS DI-STRICT-MARKET OF OUR WORLD-CORPORATION IN THIS EARTH-TERRITORY **IS** WITH THIS ORIGINALAUTHORITY-JURISDICTION WITH THIS SALVAGE: **TITLE~46: U.S.C.S.~781** OF THIS EARTH-TERRITORY-JURISDICTION WITH THESE **T.L.C.M.**-CORRECTIONS OF THESE VESSEL-PAPER-**F.C.L.F.**
~7. FOR THESE **WRITING-PLEADING-FACTS** OF THIS WORD-METHOD-USE-EVIDENCE **ARE** WITH THIS CONTRACT OF THIS OPEN-MARKET-CLOSURE, COVERY AND LIVERY OF THIS :TITLE~28: U.S.C.S.~636 FOR THESE CORRECTIONS WITH THESE **T.L.C.M.**-PLEADINGS BY THIS WITNESSING-JUDGE.

**FOR THESE COMMUNICATION-VIOLATIONS BY THESE SUMMARY-CORRECTIONS ARE WITH THESE CLAIMS BY THIS WITNESSING-JUDGE.**

~8. FOR THESE **SUMMARY-CORRECTIONS** OF THESE VASSALESS-CORPORATION VESSEL-PAPERS **ARE** WITH THESE WORD-METHOD-USE-CLAIMS OF THESE VASSALEES WITH THIS **T.L.C.M.** BY THIS WITNESSING-JUDGE.
~9. FOR THESE VASSALEES OF THESE VOLITIONS **ARE** WITH THESE CLAIMS OF THESE DUTIES WITH THIS **TITLE~42: U.S.C.S.~1986** FOR THIS KNOWLEDGE OF THESE LAWS WITH THIS **T.L.C.M.** BY THESE SUMMARY-CORRECTIONS.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**
~5 OF THE ~12

~10. FOR THESE CORRECTIONS OF THESE WRONGS **ARE** WITH THESE CLAIMS OF THESE VIOLATIONS WITH THIS **TITLE~18: U.S.C.S.~1001 AND~1002** WITH THE FICTIONAL-USE OF THE COMMUNICATIONS BY THIS **F.C.L.F.**.

~11. FOR THESE DAMAGES BY THESE VASSALEES **ARE** WITH THESE CLAIMS BY THESE VOLITIONS AND ILL-WILL WITH THIS **TITLE~18: U.S.C.S.~1621** WITH THESE FRAUDS AND PERJURY OF THESE OATHS, FICTION-LETTERS OF MARQUES, FACTS, KNOWN, JUDGMENTS AND MOTIONS BY THESE VASSALEES.

~12. FOR THESE VIOLATIONS OF THESE TITLE-SITES: **TITLE~18: U.S.C.S.~641-~660 ARE** WITH THESE CLAIMS OF THESE **F.C.L.F.**-PLEADINGS WITH THIS TAKING-VALUES/ITEMS BY THESE **F.C.L.F.** FRAUDS, MONETARY-FEES, PAYMENT-FEES, COMMERCE-FEES OR SALARY WITH THESE DAMAGES BETWEEN THESE CLAIMANTS BY THESE MARKET[COURT]-PORT-VASSALEES.

~13. FOR THESE CLAIMANTS KNOWLEDGE BY THE VOLITION **ARE** WITH THESE CLAIMS OF THESE CLOSURES WITH THESE FICTIOUS-CONVEYANCES BY THESE WRITING-F.C.L.F.-COURT-VASSALEES-DOCUMENTS.

~14. FOR THESE WRONGFUL-USES OF THESE **F.C.L.F.**/TERMS **ARE** WITH THESE CLAIMS OF THESE PRESUMPTIONS, OPINIONS, ASSUMPTIONS AND MODIFICATIONS WITH THESE KNOWN/FACTS, ADVERBS, ADJECTIVES, PRONOUNS AND VERBS BY THESE **F.C.L.F.**-FEDERAL-COURT-ORDERS AND STATES-COURT-ORDERS WITHIN THIS PENNSYLVANIA-TERRITORY BY THESE PLEADING-DOCUMENTS AS THE EVIDENCE IN THESE CORPORATION-CASE-NUMBER R.R.~763~502~484: U.S. AND R.R.~763~502~419: U.S. UNITED STATES DISTRICT COURT.

~15. FOR THESE CLAIMANT'S-KNOWLEDGE OF THESE VASSALEES-PAPER-VESSEL-VIOLATIONS **ARE** WITH THESE CLAIMS OF THIS [COURT] MARKET'S-FACTUAL-EVIDENCE AND WITNESS WITH THIS WITNESSING-JUDGE IN THIS UNITED STATES DISTRICT COURT-PORT IN THIS PENNSYLVANIA-TERRITORY.

~16. FOR THESE CLAIMANT'S-KNOWLEDGE OF THESE VIOLATIONS **IS** WITH THIS FIRST-HAND-POSSESSION OF THIS **F.C.L.F.**-EVIDENCE WITH THE **PERJURY: TITLE~18: U.S.C.S.~1621** WITH THESE FACTS OF THESE ORIGINAL-FIRST-FILINGS WITH THIS **F.C.L.F.**-USERY OF THE **TITLE-46: MARITIME-CODE** WITH THE **VIOLATIONS OF THE CLOSURE-RULES** BY THESE VASSALEE-ATTORNEYS.

~17. FOR THESE CLAIMANT'S-KNOWLEDGE OF THESE LAWS **IS** WITH THIS CLAIM OF THIS **IN THE TRUTH-COMMUNICATION-OATH** OF THESE VASSALEES, ATTORNEYS AND JUDGES WITH THIS CASE BY THESE VASSALEES.

~18. FOR THESE STATEMENTS IN THE **T.L.C.M.** WITH THE COMMUNICATIONS, CHARGES, CONTRACTS, TITLES, MARITIME-COMMERCE-LAWS, CLOSURE-LAWS, COVERY-LAWS, SEE-TREATY, SEA-PASS, HEAR-TREATY, POSTMASTER-POSITION WITH THE TRANSPORT OF A VESSEL, PORT-AUTHORITY-LAWS WITH THE GOVERING OF THE OF THESE VESSELS IN THE DRY-DOCK WITH THESE JOININGS OR WITH A VIOLATION OF ANY LAW IN THIS **T.L.C.M.**

~19. FOR THE JOINDER: **F.R.C.P.~12B~1 IS** WITH THE KNOWLEDGE OF THE CONTRACTS VENUE, JURISDICTION and MARITIME-LAWS IN THE  **T.L.C.M.**

~20. FOR THESE CLOSURES OF THESE MODIFICATIONS **ARE** WITH THESE CLAIMS OF THE FIRST-CONTRACT-JOINING WITH THE VASSALEES BETWEEN THESE PARTIES, PERSONS AND CORPORATIONS.

~21.  FOR THE LOCATION OF THESE DOCUMENTS,  ORDERS, JUDGMENTS AND SURITIES ARE WITH THE CLAIM OF THE FICTIONAL-COMMUNICATIONS-FORMAT WITH THE FIRSTHAND-WITNESSING BY ALL CLAIMANTS IN THIS TRIAL IN THIS CORRECTION BY THESE VASSALEES.

~22. FOR THESE VASSALEE'S-KNOWLEDGE OF THESE SERVICING-WRONGS **ARE** WITH THESE CLAIMS OF THESE CLAIMANT'S-COMPLAINTS WITH THESE ACTIONS BY THESE CLAIMANTS.

~23. FOR THIS ANSWERING OF THESE CHARGES WITHIN THESE 10-DAYS OF THIS IN-THE-TRUTH-SERVICE WITH THESE CORRECTIONS **ARE** OF THIS :TITLE~ 42: U.S.C.S.~1986 WITH THESE CORRECTIONS OF THESE DAMAGES BY THE DATE~04~AUGUST~2005.

~24. FOR THESE VIOLATIONS OF THE CORRESPONDING-PAPER-VESSELS BETWEEN THESE PARTIES ARE WITH THESE **[PRE]SUMPTIONS, [AS]SUMPTIONS, OPINIONS, APARTHEID AND MODIFICATIONS OF THESE WORD-USAGES** BY EACH VASSALEE WITH THEIR AUDIENCE OF EACH VASSALEE'SCOUNCIL WITH THIS OUTLAW-THEFT OF THESE CLAIMANT'S-PROPERTY ON THIS **DATE~23/JULY~2005** BY THESE VASSALEES.

~25. FOR THESE CAUSES OF THESE **F.L.C.F.'S ARE** WITH THESE CLAIMS BY THIS DAMAGE WITH THIS **F.L.C.F.** ON ALL DOCUMENTS BY THE VOLITIONS WITH THESE VIOLATIONS WITH THE **F.C.L.F.** BY THESE VASSALEES.

~26. FOR THESE CLAIMANT'S-KNOWLEDGE AS THESE WITNESSES **ARE** WITH THESE CLAIMS OF THESE CLASS-ACTION-VOLITIONS WITH THESE DOCUMENT-VESSEL-WRITING-CLAIMS OF THIS **VESSEL-NAME: WARRANT, "ATTACHMENT A" AND "ATTACHMENT B"** (WHERE "AT" = **NO**, TACHMENT= CONTRACT) AND WITH THE TERMS WITH THIS DI-STRICT-MARKET-[COURT] OF THE PENNSYLVANIA.

~27. FOR THESE **CORRECTIONS** OF THESE **F.L.C.F.-PLEADINGS ARE** WITH THESE CLAIMS BY THIS **WITNESSING-JUDGE** AS THIS MAIN-WITNESS WITH THIS FIRSTHAND-KNOWLEDGE OF THIS **FORENSIC-FACTUAL-EVIDENCE** OF THESE WRONGS WITH THE CORRECTION OF THE WORD-USAGE ON THESE VESSEL-PAPERS WITH THESE MULTIPLE-DAMAGES BY THESE VASSALEES.

~28. FOR THIS STATE OF THESE CLAIMS **IS** WITH THESE MARITIME-LAW-CLAIMS BY THIS FLAG: TITLE~4: U.S.C.S.~1, ~2 AND~3 BY THESE HEREIN-CLAIMS BY THIS WITNESSING-JUDGE.

~29. FOR THIS WITNESSING-JUDGE'S-KNOWLEDGE OF THESE MODIFICATION-METHODS **ARE** WITH THE CLAIM-USE OF THESE WORD-JOINING-METHODS AND MODIFICATIONS OF THESE COMMUNICATION-TERMS-USAGES WITH THESE DAMAGES OF THE PERJURY AND FALSE-STATEMENTS WITH THESE CONSPIRACYS BY THESE WORDS WITH THE MAKING-VOID THROUGH THE **SUBJECTIVE-INTERPRETATION** WITH THESE **WORD**-WRONGS BY THESE VASSALEES.

~30. FOR THESE MODIFICATIONS OF THESE FACTS **ARE** WITH THESE CLAIMS OF THESE **F.C.L.F.**-TORTS WITH THE RACKETERRING AGAINST THE CLAIMANT: BY THE TRICKERY OF THE **F.C.L.F.**-CONTRACT/WARRANT WITH THE STEALING OF THIS CLAIMANT'S-PROPERTY AND COPYRIGHTS WITH THESE MARKET-COSTS IN THIS CORPORATION-CASE IN THIS STATE OF THE PENNSYLVANIA ON THIS DATE-23~JULY~2005 BY THESE VASSLEES.

~31. FOR THESE SUMMARY-CORRECTIONS BY THIS WITNESSING-JUDGE **ARE** WITH THESE CLAIMS BY THESE CONDITIONS, THINKING-VOLITIONS, PLEADINGS, CAUSES, MOTIONS, CLAIMS, AND JUDGMENTS BY THESE OPEN~MARKET-[COURT)-PLEADINGS WITH THESE **F.C.L.F.**-WRITING-DOCUMENTS BY THESE VASSALEES.

~32. FOR THESE TERMS OF THIS C.U.S.C.-VESSEL-CONTRACT **ARE** WITH THESE CLAIMS AND CONSIDERATION OF THESE WRITING-FACTS-EVIDENCES IN THESE T.L.C.M.-CLAIMS OF THESE OATHS AND CONTRACT-DUTIES BY THESE VASSALEES.

~33. FOR ANY BREACH OF THIS CORPORATION-CASE-CHARTER-VESSEL **ARE** WITH THIS CLAIM OF THIS **:TITLE~42: CHAPTER-16: U.S.C.S.~12182:** BIAS/PARTIAL THROUGH THESE BREACHES OF THIS **:TITLE~29: CHAPTER~16:U.S..C.S.~701-c~2:** WITH THIS POLICY OF AN EQUAL-DUTY WITHIN THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~34. WITH THESE **CORRECTIONS IN THE TRUTH-COMMUNICATIONS** WITH THE UNITED STATES DISTRICT COURT MARKET THROUGH THE **:TITLE~42: U.S.C.S.~1986** WITH THESE CORRECTIONS OF THESE WRONGS.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~7 OF THE ~12

~35. FOR THIS PEACEFUL-CORRECTION OF THESE VASSALEES-WRONGS **ARE** WITH THIS UNITED STATES DISTRICT COURT MARKET WITH THIS WITNESSING-JUDGE; OF THESE PEACEFUL-CORRECTIONS **IS** WITH THE CLAIM WITHIN THESE 45-DAYS OF THIS SUMMARY-CORRECTION WITH THIS SERVICE OF THIS SUMMARY-CORRECTION BY THIS WITNESSING-JUDGE.
~36. FOR THIS BREACH OF THESE TERMS OF THIS C.U.S.C.-CONTRACT-VESSEL **ARE** WITH THESE CLAIMS BY THIS WILLFUL-VOLITION WITH THIS WRITING-CONFESSION OF THIS REASON AGAINST THIS **C.U.S.C.-CHARTER-VESSEL**.
~37. FOR THIS TIME OF THESE PEACEFUL-CORRECTIONS **ARE** WITH THIS CLAIM OF THESE 45-DAY WITH AN ANSWER BY THESE CORRECTIONS.
~38. FOR THIS USE OF THESE PRONOUNS AND NOUN-VERBS = GERUND-NOUNS **ARE** WITH THESE CLAIMS BY THESE MODIFICATIONS AND *OPINIONS* OF THESE ADJECTIVES WITH THESE MAIL-FRAUDS BY THESE FITIONAL-USE-DEAD-NAMES = PSEUDONYM OF THIS :**TITLE~18: U.S.C.S.~1342** BY EACH VASSALEE WITH THIS SUMMARY-CORRECTION BY THIS WITNESSING-JUDGE.
~39. FOR THIS WITNESSING-JUDGE'S-KNOWLEDGE OF THESE WRITING-EVIDENCE **IS** WITH THESE CLAIMS OF THESE SUMMARY-JUDGMENT T.L.C.M.-CORRECTIONS WITH ALL NOM-DE-GUERRE-NAME-DAMAGE BY THESE VASSALEES. [WHERE IS THE CLOSURE OF THE NOM-DE-GUERRE-NAMES?]
~40. FOR THIS USE OF THIS CONTRACT-RULE **IS** WITH THIS CLAIM OF THIS CLOSURE WITH THIS ONE-JURISDICTION-RULE OF THIS FICTION-AUTHORITY WITH THIS FACTUAL-EVIDENCE OF THIS WRITING-F.C.L.F. = **F.R.C.P.-9b: FRAUD** BY THESE VASSALEES.
~41. FOR ALL KNOWN/FACTS OF THESE MODIFICATIONS **ARE** WITH THESE CLAIMS OF THESE ENGLISH-COMMUNICATIONS AND LANGUAGE-METHODS WITH THE UNITED STATES FEDERAL-SYLES MANUAL-[sic] BY THESE VASSALEES.
~42. FOR THESE FRAUDULENT-USES OF THESE KNOWN/FACTS **ARE** WITH THIS NEGATIVE-CLAIM OF THESE PREFIXES: **A, AS, AC, AF, AT, AN, DE, DIS, E, EM, EN, EX, I IM, IN, MAL, MIS, NE, NO, NON, NOR, O, OB, OC, OP, OF, PRA, PRE, PRI, PRO, PRU, RE, SI, SUB, TO, U, UM, UN**, OR WITH THIS MODIFICATION OF THIS KNOWN/FACT BY AN ADVERB OR ADJECTIVE-MODIFICATION WITH THIS **F.C.L.F.-CLAIM** OF THIS **TITLE~18: U.S.C.S.-1001** WITH THIS **F.C.L.F.-FRAUD** BY THIS SUMMARY-CORRECTION OF THIS WITNESSING-JUDGE.
~43. FOR THIS FRAUDULANT AND FICTIONAL-USE BY THESE **MODIFICATIONS** OF THESE KNOWN/FACTS AS THESE **GERUND-VERBS, ADVERBS, PRONOUNS OR ADJECTIVES ARE** WITH THIS PERJURY OF THESE OATHS WITH THIS SAFE-GUARDING AND SECURITY OF THIS **F.C.L.F.** AGAINST THESE CLAIMANT'S.
~44. FOR ALL WITNESSING-PARTIES OF THIS WILLFUL-VOLITION **ARE** WITH THESE CLAIMS BY THEIR SPEECH, ACTIONS AND WRITINGS WITH THESE HANDICAPPING-COMMUNICATION-FRAUDS AGAINST THESE CLAIMANTS.
~45. FOR THESE ACTS OF THE **COLLUSIONS:** TITLE~28: U.S.C.S.~1359 AGAINST THIS **T.L.C.M. IS WITH THIS CLAIM OF THIS TITLE-42: U.S.C.S.~1986** COMPLAINT WITH THIS CORRECTION OF THESE **F.C.L.F.**WRONGS BY THESE VASSALEES.
~46. FOR THESE CORRECTIONS OF THESE WRONGS **ARE** WITH THESE CASE-SITES OF THE *UNITED STATE DISTRICT COURTS* [sic] BY THIS WITNESSING-JUDGE.
**[SANDERS vs. ENGLISH 950 FED 2ND** [STUDY IN THIS FICTION] **WITH THE CROSS-SUPPORT OF OVER 1800-OTHER-CASES.]**
~47. FOR THIS TREATY OF THIS **T.L.C.M. IS** WITH THIS CLAIM OF THESE NOW-TIME-KNOWN/FACTS, **POSITIONAL-PHRASE=FACTS** AND VERBS = **IS** AND **ARE.** WITH THIS ONE-SENTENCE-IDEA-CONTENT OF THIS ONE-CLOSURE AND COVERY **IS** WITH THIS ONE-IDEA, ONE-THOUGHT, ONE-AUTHORTIY-JURISDICTION OF THIS ONE-NOW-TIME WITH THESE PLEADINGS OF THESE CONTRACTS WITH THIS SUMMARY-CORRECTION BY THIS WITNESSING-JUDGE.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~48. FOR THESE CLAIMANTS OF THIS <u>CORPORATION-CASE</u> **ARE** WITH THESE <u>NOW-TIME-CLAIMS</u> OF THIS <u>CHARTER-VESSEL-CORPORATION-CASE</u> WITH THEIR CLAIM OF THEIR LIFE WITH THEIR <u>LIFE-BIRTH</u> BY THESE <u>CLAIMANT'S-WITNESSING</u> AND <u>WITNESSING-JUDGE</u>.

~49. FOR THIS **T.L.C.M.**-<u>CORRECTION</u> OF THIS FILING OF THIS <u>CORPORATION-CASE-NUMBER</u> R.R.~763~502~643: U.S. **IS** WITH THIS **TITLE~28: U.S.C.S.~636** WITH THESE <u>HEREIN-DAMAGE-CLAIMS</u> BY THESE CLAIMANTS.

~50. FOR THIS CLAIM OF THIS :**TITLE~28: U.S.C.S.~1361 IS** WITH THIS **COMPLIANCE OF THIS DUTY** OF THIS <u>FIDUCIARY-OFFICE</u> OF THIS **CLERK OF THIS MARKET-[COURT]** WITH THIS KNOWLEDGE OF THIS FILING OF THIS CONTRACT WITH THIS :**TITLE~28: U.S.C.S.-636** BY THESE CLAIMANTS.

~51. FOR THESE DUTIES OF THESE <u>CONTRACT-DUTIES</u> **ARE** WITH THESE CLAIMS OF THESE **CONFESSIONS** WITH THESE <u>WRITING-FORENSIC-FACTS</u> BY THESE <u>VASSALEE-PARTIES</u> IN THIS <u>CORPORATION-CASE</u> WITH THIS WITNESSING BY THESE CLAIMANTS.

-52. FOR THESE <u>CLAIMANT'S-KNOWLEDGE</u> OF THIS **T.L.C.M. ARE** WITH THIS <u>GLOBAL-AUGHORIZATION</u> BY THIS <u>SUMMARY-CORRECTION</u> WITH THE **SALVAGE**-CLAIM :**TITLE~46: U.S.C.S.~781** WITH THIS CORRECTION OF THESE WRONGS AS THE **COPYCLAIM-COPYRIGHT-HOLDER** OF THESE **MATH-CERTIFICATION** OF ALL **T.L.C.M.** WITH THE <u>CORRECT-ORDER</u> OF THE OPERATIONS WITH THE <u>[PRE]POSITIONAL-PHRASE</u> AND WITH THE <u>CORRECT-TERMS</u> AND <u>[DE]FINITIONS</u> OF THE WORDS WITH A CORRECTNESS BY A <u>MATH-QUANTUM</u> WITH THE <u>CERTIFICATIONS-FRONT-WARDS</u> AND <u>BACKWARDS-MEANING</u> OF THE SAME.

~53. FOR THE SEEING: **TITLE~18: U.S.C.S.~641-~665:** WITH THE TAKING OR STEALING OF THE <u>GOVERNMENT-PROPERTY</u> AND MONEY WITHOUT THE OATH IN THE T.L.C.M. AND WITH THE <u>VOID-OATH</u> BY THE BOXING AND WITH THE <u>VOID-WORDS</u> BY THE <u>ITALIC-SPELLING</u> WITH THE VACANT OF THE <u>WORD-MEANINGS</u> BY THESE <u>VASSALEES</u>.

~54. FOR THESE **CORRECTIONS OF THESE WRONGS: TITLE~42: U.S.C.S.~1986 ARE** WITH THESE <u>SUMMARY-CORRECTIONS</u> WITH THIS STOPPING AND CORRECTION OF THESE **F.C.L.F.** WITH THIS <u>FORENSIC-AUTOGRAPH</u> OF THESE VASSALEES WITH THESE <u>FICTION, FRAUD, MODIFICATION,OPINIONS, PRESEMPTIONS</u> AND <u>ASSUMPTION-FRAUDULANT-FACTS</u> AS THESE ISSUES WITH THIS <u>PAST-TIME-TENSE</u> AND <u>FUTURE-TIME-TENSE</u> OF THESE WORDS WITH THESE <u>TWO-OR-MORE-IDEAS</u> IN ONE SENTENCE.

~55. FOR THE JUDGMENT OF THE DAMAGES OF THE LOSS OF THE USE OF THE PROPERTY AND OF THE THEFT OF THE COPYRIGHT OF THE ORIGINAL-WORKS OF THE CLAIMANT BY THESE <u>VESSEL-PAPER-WRITINGS</u> **ARE** WITH THESE CLAIMS OF THE <u>MARITIME-COMMERCE</u> WITH THE CALLING ON THE <u>WITNESS-STAND</u> WITH THE ANSWERING OF THESE QUESTIONS WITH THE USE OF **THE F.C.L.F. = F.R.C.P.-9-b-FRAUD** AND :**TITLE-18: U.S.C.S.-1001-FICTICIOUS-USE OF THE COMMUNICATIONS** WITH THE [EX]TORTION OF THE <u>SECURITY!~ROPERTY,</u> COPYRIGHT, SURITY OR VALUE WITH THE **F.C.L.F.**, AND :**TITLE~18: U.S.C.S.~1341-MAIL-FRAUD** BY THESE <u>CRIMINAL-CONSPIRACIES</u> THROUGH THE MODIFICATION AND <u>FRAUDULANT-CONVEYANCE</u> OF THESE COMMUNICATIONS AND LANGUAGE WITH THESE :**TITLE~18: U.S.C.S.~241,** AND WITH THIS **CIVIL-CONSPIRACY: TITLE-42: U.S.C.S.-1985-1** WITH THESE T.L.C.M.-CORRECTIONS OF THESE F.L.C.M.-PAPER-VESSEL-FRAUDULANT-WRITINGS WITH THESE **F.C.L.F.**-LEGAL-FEES BY THESE <u>VASSALEES'-ATTORNEYS</u> AND JUDGES.

~56. FOR THESE PATTERNS AND DUTIES OF THESE **T.L.C.M.'S ARE** WITH THESE CLAIMS OF THIS 100% ERRORS AND WRONGS OF ALL <u>SENTENCE-STRUCTURING</u> BY THESE <u>PIRACY-CLAIMS</u> WITH ALL <u>VASSALEE'S-PLEADINGS</u>.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~9 OF THE ~12

~57. FOR THESE CLAIMANTS'-KNOWLEDGE OF THIS :TITLE~42: U.S.C.S.1985~1 WITH THESE TWO-OR-MORE-FILINGS **ARE** WITH THESE CLAIMS OF THIS DAMAGE WITH THESE **F.C.L.F.**-CONSPIRACIES AGAINST THE DUE-PROCESS BY THE COLOR WITH THESE PENNSYLVANIA-LAWS BY THESE WRITING-VESSELS-PAPERS WITH THIS **F.C.L.F.** BY THESE VASSALEES. FOR THESE CROSS-CLAIMS WITH THESE CRIMINAL-CODES: **TITLE~18: U.S.C.S.~241** WITH THESE CONSPIRACIES WITH THESE CONTRACT-VASSELEES AS THESE OFFICERS OF THESE VASSALEES'-FICTION-ARBIRTRATION AND FILINGS BY THESE VASSALEES.

~58. FOR THIS SUMMARY-CORRECTION BY THIS DI-STRICT-MARKET[COURT]-WITNESSING-JUDGE **IS** WITH THESE DAMAGES WITH THESE CHARGES OF THESE **CONSPIRACIES OF THESE PREJURIES** WITH THIS SUPPORT OF THESE **F.C.L.F.**-OATHS, **F.C.L.F.**-ORDERS, AND JUDGMENTS, OPINIONS AND MODIFICATIONS OF ALL FACTS WITH THESE **TITLE~18: U.S.C.S.~1621** WITH THIS TRIAL WITH THESE FACTS IN THIS **T.L.C.M.** WITH THIS **UNITED STATES DISTRICT-COURT MARKET.**

~59. FOR THIS TREATY OF THIS CLAIM **IS** WITH THIS **T.L.C.M.**CORRECTION IN THIS PEACEFUL-CORRECTION WITH THIS SALVAGING OF THIS VALUE[PROPERTY] WITH THIS **TITLE~46: U.S.C.S.~781** WITH THIS VOID-OWNERSHIP WITH THESE SALVAGE-CLAIMS AGAINST THESE FICTION-VALUES AND SALVAGE OF THESE FICTION-CONTRACTS WITH THESE FICTION-PEOPLE OF THESE **F.C.L.F.**-COURT-PORTS WITH THIS PROOF OF THIS LACK OF THEIR KNOWLEDGE WITH THEIR READING AND WRITING IN THIS TRUTH WITH THIS VOIDANCE OF ALL CONTRACTS IN THIS **F.C.L.F.** BY THESE VASSALEES.

## FOR THESE CORRECTIONS OF THESE ACTIONS ARE WITH THESE CLAIMS OF THESE WRONGS.

-60. FOR THESE CLAIMANT'S-KNOWLEDGE BY THIS VOLITION **IS** WITH THIS DAMAGE BY THESE **VASSALEES** AS AN **ATTORNEY AT LAW** [sic] AND **ATTORNEY IN LAW** [sic] WITH THIS WORD: **LAW** OF THESE CLAIMS ARE WITH THESE MODIFICATIONS BY THESE ADVERBS: IN AND AT AND WITH THIS **PREFIX = FUTURE-TIME AND SUFFIX = PAST-TIME: TO" ED, LY,** ~IS WITH THIS VIOLATION OF THIS NOW-TIME-CLAIM.

-61~a. FOR THE CLAIMANT'S-KNOWLEDGE BY THIS VOLITION **IS** WITH THESE CLAIMS OF THESE DAMAGES WITH THESE CORRECTIONS BY THIS :TITLE-42: U.S.C.S.-1986 WITH THIS KNOWLEDGE OF THESE PLEADINGS AND WITH THE CORRECTION OF THESE WRONGS.

-61~b. FOR THESE CLAIMS IN THIS F.C.L.F.-COURT ARE WITH THIS MODIFICATION AND VOID OF THIS LAW: **TITLE-42: U.S.C.S.-1985-2** WITH THIS VACATION OF THIS TRUTH-LAW AND FACTS WITH THIS TRUE-MEANING OF THESE WORD-TERMS WITH THIS CLAIM OF THIS FICTION-OPINION, MODIFICATION, PRESUMPTION, ASSUMPTION AND APARTHEID WITH AN EQUAL-CLAIM OF THESE CLAIMANTS BY THESE VASSALEES.

~61~c. FOR THIS WITNESSING-CLAIMANT WITH THIS **EVIDENCE-FACTS** AND TESTIMONIES **ARE** WITH THIS CLAIM OF THIS LAW: **TITLE-42: U.S.C.S.-1985-3** WITH THE DEPRIVATION OF THE EVIDENCE AND WITNESSES WITH THE ACT OF THE RECO: **TITLE~18: U.S.C.S.~1961** WITH THIS SAFETY OF THESE CLAIMANTS' WITNESSING IN THIS MARKET.

-62. FOR THESE CLAIMANTS-KNOWLEDGE BY THIS VOLITION **IS** WITH THIS DAMAGE BY THIS NEGLECT OF THIS C.U.S.C.-VESSEL-CONTRACT WITH THESE LAWS OF THIS **STATE OF PENNSYLVANIA TERRITORY,** AND WITHIN THIS CLAIM OF THIS **QUO-WARRANTO (WITH THIS CLAIM IN THIS NATURE OF THE QUESTIONING WITH THIS VOID OF THE AUTHORITY OF THIS FICTION-ABRITRATION [JOHNSON VS. MANHATTAN RY. CO., NEW-YORK-53 S. CT. -721, ~289 US-479 AND~77 L.ED-1331, JOHNSON VS.CONSERVATIVE SAVINGS & LOAN ASS'N.-143 NEB.~805, AND~11 N.W.~2ND~ 89, ~92, ~93].**

~63. FOR ALL **F.C.L.F.**-OATHS OF THESE VASSALEES **ARE** WITH THIS LACK OF ANY OATHS WITH THIS **T.L.C.M.** WITH THIS SECURITY OF THIS CLAIMANT BY THIS VASSALEE.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: AUGUST~05~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~64. FOR THIS **SECRETARY OF STATE OF THE UNITED STATES IS** WITH THIS VOID OF ANY OATHS OR LICENSES WITH THESE VASSALEES WITH THIS **F.C.L.F.** WITH THIS SECURITY OF THESE CLAIMANTS-HEREIN.
~65. FOR THIS CLAIMANT'S-KNOWLEDGE BY THIS VOLITION **IS** WITH THIS DAMAGE BY THIS DUE-PROCESS WITH THIS F.C.L.F.-CLAIM BY THIS COLOR OF THE LAW WITH THIS :TITLE-18: U.S.C.S.-242, WITH THESE MODIFICATIONS OF THIS **F.C.L.F.** WITH THIS LONG-LITIGATION BY THESE MARKET-[COURT]-HEARINGS WITH THESE LARGER-LEGAL-FEES BY THESE VASSALEES.
~66. FOR THESE USES OF THESE **F.C.L.F.**-PLEADINGS **ARE** WITH THESE CLAIMS BY THESE VIOLATIONS OF THIS CIVIL-RIGHTS-VIOLATION 1964 CIVIL-RIGHTS-ACT[sic) WITH THIS KNOWLEDGE BY THESE CITIZENS WITH THESE HANDICAPS BY THIS **F.C.L.F.** WITH THIS VOID OF ANY COMMUNICATIONS WITH THIS **F.C.L.F.**-COURT BY THIS **T.L.C.M.**-CLAIMANT AGAINST THESE VASSALEES IN THESE MARKET-[COURT)-TRIALS BY THESE F.C.L.F.-VASSALEES:
~67. FOR THIS WITNESSING-JUDGE WITH THIS KNOWLEDGE IS WITH THESE SUMMARY-CORRECTIONS AGAINST THESE FICTION-MARKET-[COURT)S BY THIS CORPORATION-CASE-COMPLAINT WITH THE CORRECTIONS OF THESE VASSALEE'S-PLEADING-ACTIONS WITH THIS **F.C.L.F.** AS THESE DAMAGES AGAINST THESE WITNESSING-CLAIMANTS WHERE THESE DOCUMENTS **ARE** WITHOUT ANY LEGAL OR LAWFUL SENTENCE-STRUCTURE WITH A KNOWN/FACT AS A KNOWN/FACT OR AS A FACT AS A FACT BY THESE VASSALEES.
~68. FOR THIS CLAIMANT BY THIS OATH **IS** WITH THIS CLAIM FOR THE LACK OF AN ANSWER BY THE VASSALEES WITH THE CORRECT-COMMUNICATIONS-METHODS BY THE CORRECT-SENTENCE-STRUCTURES WITHIN THE GRACE-PERIOD.
~68~a. FOR THESE FACTS OF THIS CLAIM **ARE** WITH THESE CONNECTIONS[ATTACHMENTS]~A-THROUGH ~E ON THIS DATE: JULY~16~2005, :CONNECTIONS[ATTACHMENTS]~F-THROUGH ~L ON THIS DATE: JULY~23~2005 AND :CONNECTIONS[ATTACHMENTS]~M-THROUGH ~X ON THIS DATE: AUGUST~05~2005 BY THESE CLAIMANT'S :Kevin-Gregory: Hand AND :Milton-Nathaniel: Hand.

**FOR THIS CLAIM OF THE *RELIEF*:**
~69. FOR THIS WITNESSING OF THIS CLAIM **ARE** WITH THESE CLAIMS BY THESE VIOLATION OF THIS CIVIL-RIGHTS-VIOLATION :1964-CIVIL-RIGHTS-ACT[SIC] WITH THIS KNOWLEDGE BY THE SOVEREIGNTY OF THE PEOPLE WITH THESE HANDICAPS BY THE VASSALES-**F.C.L.F.**.
~69~a. FOR THESE CLAIMANT'S BY THEIR OATH **IS** FOR THIS CLAIM FOR ALL COMMUNICATION WITH THESE CLAIMANTS IN THE TRUTH-NOUN-LANGUAGE. FOR THIS CLAIM OF THIS MARKET [COURT] FOR THE **1,000,000.00-TROY-OUNCES-.999-FINE-SILVER (ONE-MILLIONS-DOLLARS)**: FOR THE EACH OF THE FAULT OF THE TRUTH-STATEMENTS IN THESE CLAIMANT'S-COMPLAINT.

FOR THIS CLAIM OF THIS OATH IS WITH THIS **T.L.C.M.** WITH THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION-MARKET</u> WITH THESE **T.L.C.M.**-CORRECTIONS BY THIS CHIEF-JUDGE: <u>David-Wynn: Miller</u>.

:___/S/_____ :David-Wynn: Miller.
[:PHONE:414-466-3584]
FOR THIS CHIEF-JUDGE OF THESE
UNITY-STATES OF OUR WORLD-CORPORATION-MARKET
~51566: NORTH~63RD :STREET, IN THIS CITY OF THIS
MILWAUKEE, IN THIS TERRITORT OF THIS WISCONSIN ~53218

:AUTOGRAPHS/:COPYRIGHT/:COPYCLAIM ~2005
:DATE~05/AUGUST~2005.

:Milton-Nathaniel: Hand.
:AUTOGRPH: Milton-Nathaniel: Hand.

_____/S/_____ /:Teresa-Jean: Bost.

_____/S/_____ /:Anthony-Lee-Wilson: Bey.

Kevin-Gregory: Hand.
:AUTOGRPH: Kevin-Gregory: Hand.